BESSIE A. ARMONDI, Appellant, *v.* WARREN L. DUNHAM
et al., Respondents.

*Partition — real property — title — tenancy by entirety — conveyance to
husband and wife, not describing them as such nor stating nature of
estate conveyed, creates tenancy by the entirety — grant by survivor
conveys good title to entire property.*

*Armondi* v. *Dunham,* 221 App. Div. 679, affirmed.

(Argued May 31, 1928; decided June 19, 1928.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the third judicial
department, entered November 29, 1927, unanimously
affirming a judgment in favor of defendants entered upon
a decision of the court on trial at Special Term. The
action was in partition. The question was whether a
conveyance to husband and wife by a deed which failed
to mention the relationship and said nothing as to the
nature of the estate conveyed, created a tenancy by
the entirety or a tenancy in common. The courts below
held that a tenancy by the entirety was created and
that a deed from the survivor conveyed good title to
the entire property.

*H. C. Stratton* for appellant.

*Charles C. Flaesch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WARD BAKING COMPANY, Respondent, *v.* ROBERT W.
TOLLEY et al., Appellants.

*Master and servant — contract — injunction restraining employee from
violating terms of contract of employment by entering service of another
or divulging trade secrets.*

*Ward Baking Co.* v. *Tolley,* 222 App. Div. 653, affirmed.

(Argued May 31, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,